UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| Douglas E. Shields, | Case No. 3:25-cv-00589-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Doreen L. Shields, | |
| Defendant. | |

**I.   SUMMARY**

Pro se Plaintiff Douglas E. Shields brings this action against Defendant Doreen L. Shields, alleging that Defendant stole his inheritance and personal property while he was incarcerated. (ECF No. 1-1 at 4.) Before the Court is United States Magistrate Judge Carla L. Baldwin's Report and Recommendation (ECF No. 3 ("R&R")), recommending that the Court dismiss Plaintiff's Complaint (ECF No. 1-1 ("Complaint")) without prejudice. Plaintiff timely filed an objection (ECF No. 8 ("Objection")) to the R&R. As further explained below, the Court overrules Plaintiff's Objection, and adopts the R&R in full.

**II.   DISCUSSION**

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." *Id.* The Court's review is thus de novo because Plaintiff filed his Objection.

In the R&R, Judge Baldwin screened the Complaint and found that Plaintiff did not provide sufficient facts or allegations related where the events or omissions giving rise to Plaintiff's claim(s), such dismissal was warranted based on a lack of personal jurisdiction

and improper venue. (ECF No. 3 at 3-4) Judge Baldwin thus recommends dismissing the Complaint without prejudice, to the extent that Plaintiff may file a complaint stating plausible claims for relief in the correct court, denying Plaintiff's application to proceed in forma pauperis (ECF No. 1) as moot, and closing the case and entering judgment accordingly.

Plaintiff objects to the R&R because while Judge Baldwin is correct, he omitted an important detail from his Complaint, and requests leave to file an amended Complaint. (ECF No. 8 at 1-2.) He suggests that the Court should grant leave to amend because it would be more efficient than a "do-over." (*Id.* at 2.) The Court disagrees. The Court agrees with Judge Baldwin that Plaintiff's Complaint fails provide sufficient facts or allegations related to the events or omissions giving rise to Plaintiff's claim(s), such that dismissal is warranted based on a lack of personal jurisdiction and improper venue. Moreover, the Court disagrees that it would be more efficient for the Court to grant leave to amend, particularly given that while Plaintiff writes that he has drafted a first amended complaint, he did not attach the proposed complaint to his motion, as required by Local Rule 15-1. Thus, the Court agrees with Judge Baldwin and adopts the R&R in full.

### III.  CONCLUSION

It is therefore ordered that Plaintiff's objection (ECF No. 8) to Judge Baldwin's Report and Recommendation is overruled.

It is further ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is adopted in full.

The Clerk of Court is directed to file the Complaint (ECF No. 1-1) and correct Defendant's name in the caption.

It is further ordered that the Complaint (ECF No. 1-1) is dismissed without prejudice. If Plaintiff wishes to file his amended complaint, he may file it as a new complaint in a new action.

It is further ordered that the motion to proceed in forma pauperis (ECF No. 1) and Plaintiff's motion for leave to amend the complaint (ECF No. 9) are denied as moot.

1 | The Clerk of Court is directed to close this case.

2 | DATED THIS 8th Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE